```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 06309
     LOUISE LYONS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
  SSN XXX-XX-7269

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/01/2006 and was confirmed 08/30/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
CITY OF CHICAGO DEPT OF    SECURED           6120.84           .00        2418.41
KROPIK PAPUGA & SHAW       NOTICE ONLY    NOT FILED            .00            .00
MB FINANCIAL               CURRENT MORTG  18737.04            .00       18737.04
MB FINANCIAL               MORTGAGE ARRE  22376.94            .00        6577.72
TALAN & KTSANES            NOTICE ONLY    NOT FILED            .00            .00
COM ED                     UNSEC W/INTER  NOT FILED            .00            .00
CRED PROTECTION ASSOCIAT   UNSEC W/INTER  NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER  NOT FILED            .00            .00
UNITED COLLECTIONS         UNSEC W/INTER    533.00             .00            .00
GMAC                       UNSEC W/INTER   3397.15             .00            .00
CITY OF CHICAGO DEPT OF    NOTICE ONLY    NOT FILED            .00            .00
LEGAL HELPERS PC           DEBTOR ATTY         .00                            .00
TOM VAUGHN                 TRUSTEE                                       1,730.83
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 29,464.00

PRIORITY                                              .00
SECURED                                         27,733.17
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                             1,730.83
DEBTOR REFUND                                         .00
                        ---------------       ---------------
TOTALS                  29,464.00               29,464.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 06309 LOUISE LYONS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE